UNITED STATES of America, Plaintiff–Appellee,

v.

Irvin J. JOHNSON, Defendant–Appellant.

No. 15–1258.

United States Court of Appeals, Eighth Circuit.

Submitted: June 17, 2015.

Filed: June 22, 2015.

Justin A. Lightfoot, Assistant U.S. Attorney, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Jonathan Hammond, Klinger & Robinson, Cedar Rapids, IA, for Defendant–Appellant.

Irvin J. Johnson, Milan, MI, pro se.

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Irvin Johnson directly appeals after the district court[1] revoked his supervised release and sentenced him within his Chapter 7 advisory Guidelines range to 7 months in prison, to be followed by additional supervised release. Johnson's coun-

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

sel has moved for leave to withdraw and has filed a brief arguing that Johnson's sentence is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable revocation sentence. *See United States v. Growden,* 663 F.3d 982, 984 (8th Cir.2011) (per curiam); *United States v. Petreikis,* 551 F.3d 822, 824 (8th Cir.2009). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.